**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jimmi Alexander Quintanilla Morales, | Case No.: 2:26-cv-01920-JAD-DJA |
| Petitioner | **Order Striking Forged and False Exhibits and Issuing Warning** |
| v. | |
| John Mattos, | [ECF No. 1-1] |
| Respondent | |

Jimmi Alexander Quintanilla Morales moves for habeas relief in the form of release from immigration custody.  Attached to his pro se petition are two exhibits that purport to be orders that I have issued.[1]  The first is a false and fraudulent order granting Morales's habeas petition, which contains a made-up case number and a signature purporting to be mine—it is not.  The second purportedly orders a hearing to "conduct a comprehensive review of [Morales's] bond payment status" and directing the U.S. Marshalls to produce the petitioner in court.[2]  This "order" is not real and also contains a false signature.

**I direct the Clerk of Court to STRIKE pages 3–6 of ECF No. 1-1**.  And I warn petitioner and the family members assisting him with filing documents in this case[3] that **forging a federal judge's signature and using falsified court documents in any proceeding <u>is a crime that may carry a five-year prison sentence.</u>**[4]  The petitioner and those helping him are advised to refrain from conduct like this again.  If further examples of potential forgery are submitted in

---

[1] *See* ECF No. 1-1 at 3–6.

[2] *Id.* at 6.

[3] *See id.* at 1 (decl. of petitioner's cousin Ivan Morales).

[4] *See* 18 U.S.C. § 505.

this case, the court will not hesitate to refer this incident to the United States Attorney's Office for investigation and prosecution.

IT IS FURTHER ORDERED that the Clerk of Court is directed to MAIL a copy of this order the petitioner and to:

Ivan Morales
5370 E. Craig Road Apt. #1282, Building 37
Las Vegas, NV 89115

_____
U.S. District Judge Jennifer A. Dorsey
June 30, 2026

2